IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARTHUR MURPHY                                                                                          PLAINTIFF

        v.                          Civil No. 10-5056

NURSE RHONDA BRADLEY;
CORPORAL SCOTT; OFFICER
HUTCHENS; DR. W.H. HOWARD;
NURSE RHONDA MESCHEDE;
NURSE ZENOBIA DAVISON;
DR. NEIL MULLINS; and NURSE
ANGELA NESTLER                                                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *informa pauperis.*

On January 11, 2011 (Doc. 50, Doc. 51 & Doc. 52), Defendants filed a motion for summary judgment. On April 6, 2011, an order (Doc. 54) was entered directing Murphy to complete an attached notice regarding the summary judgment motion. The notice required Murphy to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Murphy was directed to return the attached notice by April 25, 2011. Murphy was advised (Doc. 54) that if he failed to return the attached notice by April 25, 2011, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Murphy has not returned the notice. He has not requested an extension of time to file the notice. The order and attached notice have not been returned as undeliverable.

By notice and scheduling order entered on December 7, 2010 (Doc. 43 & Doc. 44), this case was scheduled for an evidentiary hearing on May 16, 2011. Because Plaintiff is proceeding *in forma pauperis* and *pro se,* the Court issues and serves all process.

-1-

Plaintiff was directed to submit a response to the scheduling order by April 16, 2011. Plaintiff was to include in his response a list of all witnesses he would like the Court to issue subpoenas or writs for. With respect to each proposed witness, Plaintiff was directed to provide the following information: (a) Name; (b) Address; (c) Identification (for example, former cell mate); (d) Prisoner Number (if witness is a prisoner and number is known); and (e) a Brief Description of the expected testimony of the witness and the length of time of the expected testimony. Without his response, the Court cannot issue trial subpoenas or writs.

On April 28, 2011, a show cause order was entered (Doc. 56). The order gave Murphy until May 9, 2011, to show cause why the evidentiary hearing should not be cancelled and this case dismissed. To date, Murphy has not responded to the scheduling order or the show cause order. The documents have not been returned to the Court as undeliverable.

I therefore recommend that this case be dismissed based on Murphy's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of May 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)