```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**ARTHUR MURPHY**                                              **PLAINTIFF**

v.                       Civil No. 10-5056

**NURSE RHONDA BRADLEY,** *et al.*                             **DEFENDANTS**

### O R D E R

Now on this 31st day of May, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 57) to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

<u>/s/Jimm Larry Hendren</u>
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE